UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CHARLES MADSEN and HELEN MADSEN,

                         Plaintiff,             Civil Action No.:

              v.

RBS CITIZENS, N.A. f/k/a CITIZENS
AUTOMOBILE FINANCE, INC.

                    Defendant.

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. Section 1331, 1441 and 1446, and without waiving any rights or defenses, defendant RBS CITIZENS, N.A. f/k/a CITIZENS AUTOMOBILE FINANCE, INC. (hereinafter "Citizens" or "Defendant"), by its counsel, Eckert Seamans Cherin & Mellott, LLC, hereby files the within Petition for Removal (the "Petition") from the Superior Court, Judicial District of Hartford, to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1441, and states the following in support of this Petition:

### I.     THE STATE COURT ACTION

1. Plaintiff Charles and Helen Madsen (hereinafter "the Plaintiffs") commenced an action against Defendant in the Superior Court, Judicial District of Hartford, on or about February 8, 2013 by filing a Summons and Complaint. The action, which is styled as follows: *Charles Madsen and Helen Madsen v. RBS Citizens, N.A. fka Citizens Automobile Finance, Inc.* A true and correct copy of the Summons and Complaint is annexed hereto as Exhibit "A."[1]

2. Plaintiffs, served Citizens with a copy of the Summons and Complaint on February 12, 2013, via the Corporation Service Company. A true and correct copy of the Officer's Return upon Defendant has not yet been filed by Plaintiffs with Superior Court, Judicial District of

---

[1] As of March 14, 2013 a Docket Number has not been assigned to this action by the State court.

Hartford and, therefore, a copy cannot be annexed hereto. No further documents have been filed with the Clerk of the Superior Court, Judicial District of Hartford, to date, and none have been received by Citizens.

## II.      DEFENDANT'S RECEIPT OF THE SUMMONS AND COMPLAINT

3.  Citizens was served with the Summons and Complaint on February 12, 2013.

4.  Therefore, this Notice of Removal is timely pursuant to 28 U.S.C. Section 1446(b).[2]

## III.      NATURE OF THIS ACTION

5.  On or about November, 2004 the Plaintiffs entered into an Installment loan contract with defendants to purchase a 2004 Chevrolet Cavalier ("the Vehicle").  The Plaintiffs paid off the loan in full in August 2006.

6.  Following the pay-off, Citizens erroneously sent the Plaintiffs a check in the amount of $370.00.

7.  In November 2006, Citizens notified the Plaintiffs of the error and request that the payment be returned.

8.  When Citizens did not receive the immediate return of this amount, it began collection activity and reported a delinquency to the consumer reporting agencies.

9.  Plaintiffs and Citizens entered into an Agreement and General Release wherein Citizens paid $7,500.00 to the Plaintiffs based upon their claim to have suffered inconvenience and intangible harm as a result of Citizens actions.

10. Plaintiffs commenced the instant state court action alleging, *inter alia*, breach of the Settlement Agreement (Count I), Violation of 15 U.S.C. § 1681s-2(b) ("Fair Credit Reporting Act") (Count II), Libel (Count III), Violation of Creditors Collection Practices Act, C.G.S. § 36-

---

[2] Citizens does not waive any of its rights with respect to any defects in the purported service of process or any other defenses.

645 *et seq.*("CCPA") (Count IV), and Violation of Connecticut's Unfair Trade Practices Act, C.G.S. §42-110 *et seq.* ("CUTPA") (Count V) and seek damages relating to such allegations.

## IV. GROUNDS FOR REMOVAL

### *Federal Question Jurisdiction*

11. This Court has original jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1331 insofar as it involves claims arising under the laws of the United States.

12. Therefore, given that Federal Courts have jurisdiction over disputes arising under the laws of the United States, this Court has original, diversity jurisdiction over the instant matter pursuant to 28 U.S.C. § 1331.

13. This Petition is being filed within thirty (30) days of the receipt of the Summons and Complaint in this action served upon Defendant.

## V. A NOTICE OF REMOVAL IS BEING FILED IN THE STATE COURT ACTION

14. Pursuant to 28 U.S.C. § 1446(d), a copy of this Petition is being filed with the clerk of the Superior Court, Judicial District of Hartford.  A copy of the foregoing Notice, together with a Affidavit of Service upon Plaintiff, is annexed hereto as Exhibit "B".

15. A copy of the Rule 7.1 Disclosure Statement is being simultaneously filed with the Court.

WHEREFORE, pursuant to 28 U.S.C. Sections 1331, 1441 and 1446, defendant Citizens hereby removes this action to the United States District Court for the District of Connecticut.

Dated: White Plains, New York
       March 14, 2013

Respectfully submitted,

Geraldine A. Cheverko, Esq. (ct22534)
 ECKERT SEAMANS CHERIN & MELLOTT,  LLC
*Attorneys for Defendant*
*RBS CITIZENS, N.A.*
10 Bank Street, Suite 700
White Plains, NY 10606
Tel: (914) 949-2909
Fax: (914) 949-5424
gcheverko@eckertseamans.com