UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2013 MAY 29  PM 4 26
U.S. DISTRICT COURT
NEW HAVEN, CT.

CHARLES MADSEN,
HELEN MADSEN

-vs-

RBS CITIZENS, N.A.

Civil No. 3:13 cv 357(CSH)

## JUDGMENT

This action came on for consideration on defendants' Motion to Dismiss before the Honorable Charles S. Haight, Jr., Senior United States District Judge. On May 29, 2013 an Order entered granting the relief and dismissing plaintiffs' claim against the defendant.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered for the defendant, RBS Citizens, N.A. and the case is closed.

Dated at New Haven, Connecticut, this 29th day of May 2013.

ROBIN D. TABORA, CLERK

By _____/s/_____

Kathleen Falcone, Deputy Clerk

EOD: May 29, 2013